■ The People of the State of New York, Respondent, v Ronald Berkowitz, Appellant. — Appeal from judgment, Supreme Court, New York County (Davis, J.), rendered on May 19, 1977, unanimously dismissed as moot. No opinion. Concur — Murphy, P. J., Kupferman, Sandler and Sullivan, JJ.

■ Easy Way Supermarket Inc., Appellant-Respondent, v Max Rothman, Respondent-Appellant. — Judgment, Supreme Court, New York County (Arnold Fraiman, J.), entered on May 6, 1983, unanimously affirmed. Defendant-respondent-appellant shall recover of plaintiff-appellant-respondent one bill of $75 costs and disbursements of this appeal. The appeal from the order of said court, entered on April 21, 1983, unanimously dismissed as having been superseded by the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sullivan, Bloom, Fein and Milonas, JJ.

■ The People of the State of New York, Respondent, v Anibal Maldonado, Appellant. — Judgment, Supreme Court, New York County (James Leff, J.), rendered on March 22, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Silverman, Milonas and Kassal, JJ.